[No. 9157–7–II.   Division Two.   April 23, 1987.]

OEN R. RAMSTAD, *Appellant*, v. GREGORY D.
WRIGHT, *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 85–2–00002–1, William E. Howard, J., entered August 20, 1985. *Affirmed* by unpublished opinion per Conoley, J. Pro Tem., concurred in by Arnold and Dolliver, JJ. Pro Tem.

[No. 8994–7–II.   Division Two.   April 23, 1987.]

LONGVIEW FIBRE COMPANY, *Appellant*, v. MILTON
MITCHELL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85–2–00106–1, Don L. McCulloch, J., entered June 28, 1985. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Buckner and Johnson, JJ. Pro Tem.

[No. 8271–3–II.   Division Two.   April 23, 1987.]

ELDON O. BROWN, ET AL, *Appellants*, v. GENERAL MOTORS
CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 81–2–01345–4, Hewitt A. Henry, J., entered October 16, 1984. *Affirmed* by unpublished opinion per Utter, J. Pro Tem., concurred in by Healy and Lodge, JJ. Pro Tem.